IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30095
Conference Calendar

_____


VIRGIL A. HARRIS,

                                        Plaintiff-Appellant,

versus

REBECCA DOHERTY, U.S. DISTRICT JUDGE;
WILLIE LEDET; MR. RUSHEN,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-2221
- - - - - - - - - -
August 18, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Virgil A. Harris, federal prisoner #08940-035, appeals from

the district court's dismissal of his civil rights suit pursuant

to 28 U.S.C. § 1915(e).  He argues that his due process rights

were violated because he was forced to sign a legal document

before his admission to a halfway house as a special condition of

his supervised release.  We have reviewed the record and find no

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

reversible error.  Accordingly, the judgment of the district court is AFFIRMED.